Waterford Electric Light, Heat and Power Company, Appellant, v. Kate E. Reed and Others, Respondents.— Order affirmed, with costs. No opinion. All concurred; Cochrane, J., not sitting.

Henry E. Graley, Appellant, Impleaded with John L. Graley, v. James F. Cody, Individually and as Executor, etc., of Frances G. Cody, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion.

Luzerne Chemical' Company, Appellant, v. Edward Kenney and Others, Respondents.— Judgment affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting; Cochrane, J., not sitting.